PYE, Appellant, v. PYE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by Margaret A. Pye against Frank Pye. No opinion. Motion for leave to appeal (152 N. Y. Supp. 1138)

to Court of Appeals granted, and questions for review certified.